# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WINTERSPRING DIGITAL LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TREND MICRO INC. and TREND MICRO § <br> INCORPORATED, § <br> § <br> Defendant. § | Case No. 2:22-cv-00247 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Winterspring Digital LLC ("Winterspring") hereby gives notice that the above-captioned action against Defendants Trend Micro Inc. and Trend Micro Incorporated ("Trend Micro") are voluntary Dismissed WITH PREJUDICE, with each Party to bear its own costs, expenses, and attorney's fees.

Dated:  August 15, 2022            Respectfully submitted,

 /s/ *Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

        Justin Kurt Truelove
        Texas Bar No. 24013653
        Email: kurt@truelovelawfirm.com
        **TRUELOVE LAW FIRM, PLLC**
        100 West Houston Street
        Marshall, Texas 75670
        Telephone: (903) 938-8321
        Facsimile: (903) 215-8510

        **ATTORNEYS FOR PLAINTIFF**
        **WINTERSPRING DIGITAL LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 15, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/ Vincent J. Rubino, III*
                                                      Vincent J. Rubino, III